B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Las Lomas Construction, S.E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0457954** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Carr.392 Km 2.2 Sector Cerro Alto**<br>**Bo.Candelaria**<br>**Lajas, PR**     ZIPCODE **00667** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lajas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 346**<br>**San German, PR**     ZIPCODE **00683** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Carr 392 Km. 2.2 Sector Cerro Alto, Bo Cadelaria, Lajas, PR**     ZIPCODE **00667** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Special Partnership** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                  Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.       business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Las Lomas Construction, S.E.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Las Lomas Construction, S.E.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Maria Soledad Lozada Figueroa*
Signature of Attorney for Debtor(s)
CARLO & LOZADA, LLC
Maria Soledad Lozada Figueroa 222811
Maria S. Lozada Figueroa
254 San Jose St. Suite 3
San Juan, PR 00921-0000
(787) 520-6002  Fax: (787) 520-6003
lcdamslozada@gmail.com

**May 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Pedro E. Lluch Martinez*
Signature of Authorized Individual

**Pedro E. Lluch Martinez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 26, 2011**
Date

# CERTIFIED COPY OF RESOLUTION OF
## Las Lomas Const,SE AUTHORIZING THE FILING OF PETITION FOR REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, the undersigned, as Assistant Secretary of __LLC__, a profit corporation duly and legally organized and existing and in good standing under and by virtue of the Laws of the Commonwealth of Puerto Rico, **CERTIFY**:

That, pursuant to an Action by Unanimous Written Consent of the board of partner LasLCdate May 16, 2011, in accordance with Section 4.01(E) of the General Corporation Law of Commonwealth of Puerto Rico, the following resolutions were unanimously adopted:

"WHEREAS, Las Lomas Construction,SE due to the economic situation prevailing in Puerto Rico, increased operational costs, inequities in the reimbursement to the company in the southern region of Puerto Rico by the banks, inability to negotiate under reasonable terms various debts, certain labor disputes and other claims, is unable to meet its obligations as the mature;

NOW therefore, be it RESOLVED that a Petition in Proceedings under Chapter 11 (Reorganization) of the Bankruptcy Code of the United States of America be filed by the Corporation and that Mr. Pedro E. Lluch Ma Chairman of the Board of Partner or Mr. ----, Administrator or Mr. ------------, Chief Financial Officer (CEO), acting individually, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary document for the filing of a Petition under Chapter 11 of the Bankruptcy code;

FURTHER RESOLVED, that Mr. Pedro E. LLuch be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf; and

FURTHER RESOLVED, that María S. Lozada, Carlo & Lozada, LLC, Law Offices, be employed to act as counsel for the Corporation in such bankruptcy proceedings."

**IN TESTIMONY WHEREOF**, I have hereunder set my hand and affixed the Seal of the Corporation, in the City of San Juan, Puerto Rico, on this 16 day of May, 2011. --

(Corporate Seal)

_____
Name
Assistant Secretary
Company Name

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re:

**Las Lomas Construction, S.E.**

Debtor

CASE NO.

CHAPTER 11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(B), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtors(s) in this case.

2. The Compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a. For legal services rendered or to be rendered in contemplation of and in connection with this case .......... $35,000.00
   b. Prior to be filing of this statement, debtor(s) have paid ...... $35,000.00
   c. The unpaid balance due and payable is ................ $0.00

3. $1,039.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
*None*

Dated: *May 26, 2011*

**Respectfully submitted.**

*/s/Maria Soledad Lozada Figueroa*
USDC-PR 222811
**Carlo & Lozada, LLC**
*Attorney for Debtor*
San Jose St. #254
Third Floor, San Juan, Puerto Rico 00901
Phone: (787) 533-1400
Phone: (787) 520-6002
Fax: (787) 520-6003
Email: lcdamslozada@gmail.com

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                           Case No. _____

Las Lomas Construction, S.E.                  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Eurobank<br>PO Box 1809<br>Mayaguez, PR 00681-1809 | | Bank loan | | 1,314,970.94 |
| USIC<br>United Surety & Indemnity Co.<br>PO Box 2111<br>San Juan, PR 00922 | | Insurance | | 857,706.68 |
| La Mar Construction, Corp.<br>PO Box 595<br>Lajas, PR 00667 | | Trade debt | | 671,963.66 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Taxes | | 301,295.55 |
| HQJ Plumbing Constractors, Inc<br>PO Box 781<br>Hormigueros, PR 00660 | | Trade debt | | 178,326.64 |
| Sanchez Electrical<br>PO Box 1343<br>Hormigueros, PR 00660 | | Trade debt | | 153,236.63 |
| DEPARTAMENT OF TREASURY<br>BANKRUPTCY SECTION 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | | Taxes | | 140,806.27 |
| CRIM<br>P.O. BOX 195387<br>SAN JUAN, PR 00936-5387 | | Taxes | | 87,251.00 |
| CORPORACION FONDO DEL SEGURO DEL ESTADO<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | | Insurance | | 78,330.75 |
| Albañileria Sabaneña, Inc<br>Hc-10 Box 8059<br>Sabana Grande, PR 00637 | | Trade debt | | 69,173.76 |
| DEPARTAMENT OF LABOR<br>EDIFICIO PRUDENCIO RIVERA MARTINEZ 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00919 | | Taxes / Gov. | | 67,791.26 |
| Victor Collado , Carlos Gaya<br>Tribunal De Primera Instancia<br>San German, PR 00683 | | Trade debt | | 57,264.83 |
| F.J Electrics<br>Hc-01 Box 5180<br>Hormigueros, PR 00660 | | Trade debt | | 44,332.50 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| HNS Construction, Corp.<br>Calle Grand Stand 201 Int<br>Peñuelas, PR 00624 | Trade Debt | 24,783.32 |
| Ports Authority<br>PO Box 362829<br>San Juan, PR 00936-2829 | Trade Debt | 22,872.51 |
| Victor Rivera & Asociados<br>PO Box 32198<br>Ponce, PR 00732-2198 | Trade Debt | 21,955.37 |
| A. Sedxa Painting, Inc.<br>PO Box 867<br>Ensenada, PR 00647 | Trade Debt | 19,737.97 |
| Kelvin Electric<br>PO Box 2010<br>San German, PR 00683 | Trade Debt | 16,000.00 |
| Edwin Retamar<br>Constructora Retamar, Inc<br>Urb. Villa Carmen Ave. Constancia #4652<br>Ponce, PR 00716 | Trade Debt | 15,000.00 |
| Ponce Structural<br>PO Box 539<br>Peñuelas, PR 00624 | Trade Debt | 10,229.20 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 26, 2011**   Signature: ***/s/ Pedro E. Lluch Martinez***

**Pedro E. Lluch Martinez, President**
(Print Name and Title)

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                        Case No. _____

Las Lomas Construction, S.E.                                  Chapter 11
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 26, 2011**          Signature: **/s/ Pedro E. Lluch Martinez**
                                **Pedro E. Lluch Martinez, President**                     Debtor

Date: _____            Signature: _____
                                                                          Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Las Lomas Construction, S.E.
P.O. Box 346
San German, PR 00683

BANCO POPULAR DE PR
CARDS PRODUCT DIVISION
PO BOX 70100
SAN JUAN, PR 00936-8100

DEPARTAMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

Maria S. Lozada Figueroa
254 San Jose St. Suite 3
San Juan, PR 00921-0000

BANCO POPULAR DE PR
MORTGAGE SERVICING DIVISION
P.O. BOX 71375
SAN JUAN, PR 00936-7077

Desy Torres Torres
HC 02 Box 10140 Rep. Esperanza
Yauco, PR 00698

A. Seda Painting, Inc.
PO Box 867
Ensenada, PR 00647

BESCO
PMB 128, 220 Western Auto Plaza Suite 101
Trujillo Alto, PR 00976-3607

Duquela & Sapata
Attorneys For EuroBank
Hato Rey Cent. Ste. 515 261 Ponce Leon
San Juan, PR 00918

Adan Rodriguez Camacho
Hc-02 Box 2753
Boqueron, PR 00622-9364

Carmelo Ramos Caraballo
Calle Roberto Clemente Buzon #100
Ensenada, PR 00647

Edwin Hernandez Vega
Carr 102 Km. 23.3 Buzon 1002 Monte Grand
Cabo Rojo, PR 00623

Albañileria Sabaneña, Inc
Hc-10 Box 8059
Sabana Grande, PR 00637

Claro
PO BOX 360998
SAN JUAN, PR 00936-0998

Edwin Retamar, Retamar Construction
Constructora Retamar, Inc
Urb. Villa Carmen Ave. Constancia #4652
Ponce, PR 00716

Antonio Molina
Attorneys For La Mar Construction Corp.
PO BOX 331031
PONCE, PR 00733-1031

CORPORACION FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR 00936-5028

Ermen Santiago Cornier
Hc-37 Box 7749
Guanica, PR 00653

Autoridad de Acueductos y Alcantarillado
Ave. Castro Perez
San German, PR 00683

CRIM
P.O. BOX 195387
SAN JUAN, PR 00936-5387

ESCO
PO Box 4040
Carolina, PR 00984-4040

Autoridad de Energia Electrica
PO Box 363508
San Juan, PR 00936-3508

Cristina Suau Gonzalez
Attorney For Petrowest Inc
Calle De Diego 54E
Mayaguez, PR 00680

Eurobank
PO Box 1809
Mayaguez, PR 00681-1809

BANCO POPULAR - MORTGAGE
BANKRUPTCY DIV.
PO BOX 362708
SAN JUAN, PR 00936-2708

Damian Irizarry Sepulveda
HC02 BOX 12690 Hoconuco Bajo
San German, PR 00683

F.J Electrics
Hc-01 Box 5180
Hormigueros, PR 00660

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 363228
SAN JUAN, PR 00936-3228

DEPARTAMENT OF LABOR
EDIFICIO PRUDENCIO RIVERA MARTINEZ
505
MUNOZ RIVERA AVE.
SAN JUAN, PR 00919

Felix A Ortiz Ramirez
HC 03 Box 15724
Lajas, PR 00667

| | | |
|---|---|---|
| Felix A. Ortiz Ortiz<br>Hc-03 Box15724<br>Lajas, PR 00667-9616 | Jose W. Ramirez Baez<br>Hc -03 Box 25663<br>Lajas, PR 00667-9605 | Melvin Franceschini Rivera<br>HC-01 Box 7277 Bo. Rio Prieto Sec La Urs<br>Yauco, PR 00698 |
| HNS Construction, Corp.<br>Calle Grand Stand 201 Int<br>Peñuelas, PR 00624 | Kelvin Electric<br>PO Box 2010<br>San German, PR 00683 | Nestor L. Rivera Velez<br>Hc-37 Box 5406<br>Guanica, PR 00653-9788 |
| HQJ Plumbing Constractors, Inc<br>PO Box 781<br>Hormigueros, PR 00660 | Kelvin Maldonado Torres<br>PO Box 522<br>Sabana Grande, PR 00637 | ORIENTAL BANK & TRUST<br>Succesor In Interest Of Eurobank<br>Po Box 192099<br>San Juan, PR 00919 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | La Mar Construction, Corp.<br>PO Box 595<br>Lajas, PR 00667 | Pedro E. Lluch Martinez<br>PO Box 346<br>San German, PR 00683 |
| Javier Rodriguez Nazario<br>Calle Jobo 209- A Maginas<br>Sabana Grande, PR 00637 | Leniel Tirado Ramos<br>HC-02 Box 11850<br>San German, PR 00683 | Pedro J. Lluch Torres<br>PO Box 346<br>San German, PR 00863 |
| Jesus Martinez Santos<br>PO Box 5000 C-13<br>San German, PR 00683 | Luis A Ramirez Cruz<br>Hc-03 Box 15404<br>Lajas, PR 00667-9613 | Petrowest Inc.<br>PO Box 1256<br>Mayaguez, PR 00681 |
| Jorge Caraballo Padilla<br>Calle Gardenia E 30 Urb. Baco<br>Ensenada, PR 00647 | Luis A Rodriguez Santiago<br>Box 827<br>Jauco, PR 00698 | Ports Authority<br>PO Box 362829<br>San Juan, PR 00936-2829 |
| Jose E Garcia Henriquez<br>HC-01 Box 10308 Calle Dionet #134 Bo. Ma<br>Lajas, PR 00667 | Luis A Ruiz Camacho<br>HC 03 Box 17103<br>Lajas, PR 00667 | PR Aircarft Suppliers Inc.<br>Calle Celestial 2268, Urb. Los Angeles<br>Carolina, PR 00979-1651 |
| Jose N Sepulveda Garcia<br>HC-02 Box 13030<br>San German, PR 00683 | Luis A. Silva Rosado<br>Hc-02 Box 12771<br>San German, PR 00683 | Ricardo Morales Camacho<br>HC-02 Box 11044<br>Lajas, PR 00667 |
| Jose R Flores Ramirez<br>Hc-03 Box 15520<br>Lajas, PR 00667-9603 | MCConnell Valdes LLC<br>ATTORNEY FOR BPPR<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | RIMCO, Inc.<br>PO Box 362529<br>San Juan, PR 00936-2529 |

Roger Electric, Inc.
PO Box 3166
Bayamon, PR 00960-3166


Saldana & Saldaña
EGOZCUE PSC
Popular Cent.Ste. 1420 Ponce De Leon 208
SAN JUAN, PR 00918-1050


Samuel Rodriguez Lopez
Attorneys For Victor Collado Ortiz
Apto. 493
Mayaguez, PR 00681


Sanchez Electrical
PO Box 1343
Hormigueros, PR 00660


Structural Steel Work
PO Box 2829
Bayamon, PR 00960-2828


Super Automotive Products
PO Box 70250, Suite 107
San Juan, PR 00936-7025


USIC
United Surety & Indemnity Co.
PO Box 2111
San Juan, PR 00922


Victor Collado , Carlos Gaya
Tribunal De Primera Instancia
San German, PR 00683


Victor Rivera & Asociados
PO Box 32198
Ponce, PR 00732-2198


Yamil Ayala Bonilla
Attorney For Albañileria Sabaneña
PO BOX 481
SABANA GRANDE, PR 00637-0481